JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT McCULLOCK,<br><br>            Petitioner,<br><br>    v.<br><br>MARCUS POLLARD (WARDEN),<br><br>            Respondent. | Case No. 2:21-cv-00317-JFW (GJS)<br><br>**JUDGMENT** |

Pursuant to the Court's Order: Dismissing Petition As Second Or Successive; Denying Certificate Of Appealability; and Referring Petition Pursuant to Ninth Circuit Rule 22-3(a),

IT IS ADJUDGED THAT this action is dismissed without prejudice, as second or successive, pursuant to 28 U.S.C. § 2244(b).

DATE: January 15, 2021

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE